SUZANNE ZALEV, SBN 252405
Homeless Action Center
3126 Shattuck Avenue
Berkeley, CA 94705
(510) 540-0878 x 326 tel.
(510) 540-0403 fax
szalev@homelessactioncenter.org

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD RAY LILLEY, | ) CIVIL NO. 4:17-cv-04381-KAW |
| Plaintiff, | ) MOTION FOR EXTENSION OF TIME AND ~~PROPOSED~~ ORDER |
| vs. | ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff shall have an extension of time, from December 14, 2017, until January 10, 2018, to submit his Motion for Summary Judgment. All other deadlines shall be extended accordingly. Plaintiff requires additional time due to significant competing workloads and school closures. This is Plaintiff's first extension request. Defendant does not oppose Plaintiff's request for an extension of time.

Respectfully submitted,

Suzanne Zalev,
Attorney for Plaintiff

| | | |
|---|---|---|
| Dated: 11/27/2017 | By: | */s/ Suzanne M. Zalev* |
| | | SUZANNE ZALEV |
| | | Attorney for Plaintiff |
| Dated: 11/27/2017 | By: | */s/ Chantal R. Jenkins* |
| | | CHANTAL R. JENKINS |
| | | (as authorized via email on _11/27/2017_____) |
| | | Attorney for Defendant |

<u>ORDER</u>

APPROVED AND SO ORDERED:

Dated: 11/28/17

_____
HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge